```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CLEON EARLE,

                Plaintiff,

        - against -                           O R D E R

THE CITY OF NEW YORK, DEPARTMENT OF           07 Civ. 3474 (NRB)
CORRECTION COMMISSIONER MARTIN F. HORN,
WARDEN EMMANUEL BAILEY #330,
G.M.D.C. ULYSSES TUFF #12237,
CORRECTION OFFICERS #1-2,

                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         December 21, 2007

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Nicole Bellina, Esq.
Stoll, Glickman & Bellina
71 Nevins Street
Brooklyn, NY 11217

Prathyusha Reddy, Esq.
Office of the Corporation Counsel
City of New York
Law Department
100 Church Street
New York, NY 10007